# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

October 29, 2025

*Before*

MICHAEL Y. SCUDDER, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| No. 24-1994 | EMILY ELIZABETH LAZAROU, et al., Plaintiffs - Appellants<br><br>v.<br><br>AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-01614<br>Northern District of Illinois, Eastern Division<br>District Judge Jeremy C. Daniel ||

We **AFFIRM**, with costs, the district court's decision to dismiss Plaintiffs' claims, and to do so with prejudice. The above is in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)