# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 7, 2026

**Before**

MICHAEL Y. SCUDDER, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 24-1994 | |
| EMILY ELIZABETH LAZAROU, *et al.*, <br>     *Plaintiffs-Appellants,* <br><br> *v.* <br><br> AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY, <br>     *Defendant-Appellee.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 1:19-cv-01614 <br><br> Jeremy C. Daniel, <br> *Judge*. |

**O R D E R**

Plaintiffs-Appellants filed a petition for rehearing and rehearing *en banc* on November 12, 2025. No judge in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing.[1]

The petition for rehearing and rehearing *en banc* is therefore **DENIED**.

---

[1] Circuit Judges John Z. Lee and Rebecca Taibleson did not participate in the consideration of this petition for rehearing en banc.